UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK E. MENDOZA,<br><br>Defendant. | NO. ED-CR-09-107-RHW<br><br>**ORDER DIRECTING BRIEFING** |

Before the Court is JPMorgan Chase Bank's Motion to Quash Subpoena (Ct. Rec. 37). A hearing on the motion is set for September 2, 2010, in Riverside, California.

In support of their motion, JPMorgan Chase Bank relies on California law and argues that there is nothing in the record to indicate that the Borrowers received notice that their confidential bank records were subject to subpoena. Defendant did not address the application of state law to the subpoena in his response, including whether notice is required, and if so, whether he has provided notice.

Also, in his opposition, Defendant relies on the Declaration of his counsel, Charles C. Brown, which he filed *in camera* and under seal. It is not clear to the Court whether it is appropriate or necessary to review this document *in camera* given that the entity bringing the motion to quash is a third-party that is not involved in the criminal investigation, or whether the Court could enter a protective order that would limit the dissemination of the Declaration only to the

**ORDER DIRECTING BRIEFING ~ 1**

1 | attorneys for JPMorgan Chase Bank and not to the Government.

2 |     Accordingly, **IT IS HEREBY ORDERED:**

3 |     1.  On or before **10:00 a.m., September 2, 2010,** Defendant is directed to
4 | file briefing addressing the two issues set forth above.

5 |     **IT IS SO ORDERED.**  The District Court Executive is directed to enter
6 | this order and to provide copies to counsel.

7 |     **DATED** this 31st day of August, 2010.

               *s/Robert H. Whaley*
              ROBERT H. WHALEY
            United States District Judge

C:\Temp\notesE1EF34\brief.wpd

**ORDER DIRECTING BRIEFING ~ 2**